**Herbert BRUBAKER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from McCracken Circuit Court; J. Brandon Price, Judge.

Anthony M. Wilhoit, Public Defender, David E. Murrell, Deputy Public Defender, Frankfort, Joseph S. Freeland, Paducah, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing.*

**Harold Dewitt CHERRY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Jefferson Circuit Court; John P. Hayes, Judge.

Peter Francis Manning, Staff Atty., Louisville-Jefferson County Public Defender, Louisville, for appellant.

Ed Hancock, Atty. Gen., Ken Howe, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Reversing.*

**Steven T. BLAKEWAY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Fayette Circuit Court; Honorable Armand Angelucci, Judge.

Theodore B. Walter, Lexington, for appellant.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

**Calvin BELL, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Appeal from Larue Circuit Court, Charles R. Richardson, Judge.

Calvin Bell, pro se.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.